UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JENKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01805-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF No. 5] |

    Plaintiff Harold Jenkins is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 13, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff filed an Objection on February 7, 2014.  Local Rule 304(b), (d).

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 13, 2014, is adopted in full; and
2. Plaintiff's motion for preliminary injunction filed November 5, 2013, is DENIED.

IT IS SO ORDERED.

Dated: **March 7, 2014**         /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE