UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JENKINS, <br><br> Plaintiff, <br><br> v. <br><br> RON DAVIS, et al., <br><br> Defendants. | Case No.: 1:13-cv-01805-LJO-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF UNDER SECTION 1983, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT <br><br> [ECF No. 9] |

Plaintiff Harold Jenkins is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 25, 2014, the Magistrate Judge screening Plaintiff's complaint and dismissed it for failure to state a claim for relief under section 1983. Plaintiff was ordered to file an amended complaint within thirty days. After more than thirty days passed and Plaintiff failed to comply with or otherwise respond to the order, the Magistrate Judge issued a Findings and Recommendation recommending dismissal of this action, with prejudice, for failure to state a claim. The fifteen-day deadline to file an objection has passed and Plaintiff did not object or otherwise respond to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 10, 2014, are adopted in full;
2. This action is dismissed for failure to state a cognizable claim;
3. The Clerk of Court shall enter judgment against Plaintiff; and
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Di Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   **July 21, 2014**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE